UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Crim. No. 05-249 (JLL)

      v. :

MARCI PLOTKIN : **SUBSTITUTION OF ATTORNEY**

      PLEASE TAKE NOTICE that Christopher J. Christie, United States Attorney for the District of New Jersey, has reassigned the above-captioned matter to Thomas J. Eicher, Assistant U.S. Attorney (thomas.eicher@usdoj.gov), in substitution for Scott A. Resnik, Assistant U.S. Attorney, who previously appeared in this matter.

                                      CHRISTOPHER J. CHRISTIE
                                      UNITED STATES ATTORNEY

                                      S/
                                      By: Thomas J. Eicher
                                      Assistant U.S. Attorney

Dated: August 8, 2005