WALDER, HAYDEN & BROGAN, P.A.
5 Becker Farm Road
Roseland, NJ 07068-1727
(973) 992-5300
Attorneys for Defendant Marci Plotkin

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>MARCI PLOTKIN<br>STANLEY BEKRITSKY<br>RICHARD STADTMAUER<br>ANNE AMICI,<br><br>Defendants | Hon. Jose L. Linares<br><br>Criminal No. 05-00249 (JLL)<br><br>**Notice of Appearance** |

I hereby enter my appearance as attorney for Marci Plotkin in the above captioned matter.

s/ LIN C. SOLOMON

WALDER, HAYDEN & BROGAN, P.A.
5 Becker Farm Road
Roseland, NJ 07068-1727