UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : HON. JOSE L. LINARES |
| V. | : |
| MARCI PLOTKIN<br>STANLEY BEKRITSKY<br>RICHARD STADTMAUER<br>ANNE AMICI | : CRIM NO. 05-249 (JLL) |

## DEFENDANT ANNE AMICI'S MOTION TO JOIN

## CO-DEFENDANTS' MOTIONS

Defendant Anne Amici, through undersigned counsel hereby joins in the motions filed by Defendant Richard Stadtmauer for:

1. Motion for Issuance of Rule 17(C) Subpoenas Duces Tecum;

2. Motion to Compel Discovery Pursuant to Fed. R. Civ. P. 16;

3. Motion to Strike Surplusage and Suppress Evidence;

4. Motion for Immediate Disclosure of Brady/Giglio Material and for Early Production of Jencks Act Material;

5. Motion to Sever Counts 26-31 of the Superseding Indictment;

6. Motion for a Bill of Particulars;

and Defendant Marci Plotkin's motions for:

1. Motion to Sever Counts 26-31 of the Superseding Indictment;

2. Motion to Dismiss Counts 30 and 31 of the Superseding Indictment Charging Obstruction of Justice;

3. Motion for Immediate Disclosure of *Brady/Giglio* Material;

    4. Motion to Strike Surplusage Pursuant to Fed.R.Crim.P. 7(d).

and respectfully relies upon the arguments and briefs submitted in support of those motions.

                              Respectfully submitted,

                              WEIR & PLAZA, LLC

By: _____
     EDWARD J. PLAZA
     321 Broad Street
     Red Bank, New Jersey 07701
     732-741-8181
     Attorneys for Anne Amici