UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------x
UNITED STATES OF AMERICA,          :
                                   :
           vs.                     :
                                   : Hon. Jose L. Linares
MARCI PLOTKIN                      :
STANLEY BEKRITSKY                  : Crim. No. 05-249 (JLL)
RICHARD STADTMAUER                 :
ANNE AMICI                         :
                                   : **Oral Argument Requested**
                                   :
                 Defendants.       :
---------------------------------------------------------------x

### DEFENDANT STANLEY BEKRITSKY'S
### MOTION FOR A BILL OF PARTICULARS

Defendant Stanley Bekritksy, through undersigned counsel, hereby submits this Motion for a Bill of Particulars pursuant to Federal Rules of Criminal Procedure 7(f) and 12(b). The grounds for this Motion are set forth in an accompanying Memorandum.

Respectfully Submitted,

DORNBUSH SCHAEFFER
STRONGIN & VENAGLIA, LLP

By: _____
Richard Schaeffer
Brian Rafferty
747 Third Avenue
New York, New York 10017
(212) 759-3300
(212) 753-7673 Facsimile
Attorneys for Stanley Bekritsky