McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
(973) 993-8100
Attorneys for Walter F. Timpone, Esq.

RECEIVED
MAR 12 2007
AT 8:30 ~~4:30 P.M.~~
WILLIAM T. WALSH, CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>vs.<br><br>MARCI PLOTKIN, STANLEY BEKRITSKY, RICHARD STADTMAUER and ANNE AMICI,<br><br>                      Defendants. | Case Number: 2:05-cr-05-249<br><br>**NOTICE OF APPEARANCE** |

TO:    William T. Walsh, Clerk
         United States District Court
         M.L. King Jr. Federal Building
         50 Walnut St.
         Newark, New Jersey 07101

Please enter my appearance as counsel in this matter for Walter F. Timpone, Esq.

_____
John T. Coyne, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962
(973) 993-8100

Dated: March 12, 2007