STERN & KILCULLEN, LLC
75 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-1900
Attorneys for Murray Kushner

RECEIVED-CLERK
U.S. DISTRICT COURT

2007 OCT 19  A 11: 23

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number: 2:05-cr-05-249 |
| Plaintiff, | |
| vs. | NOTICE OF MOTION TO QUASH SUBPOENA |
| MARCI PLOTKIN, STANLEY BEKRITSKY, RICHARD STADTMAUER and ANNE AMICI, | Oral Argument Requested |
| Defendants. | |

TO:   ALL COUNSEL ON THE ATTACHED LIST

COUNSEL:

PLEASE TAKE NOTICE that on Monday, November 26, 2007 at 9:30 a.m., or as soon thereafter as counsel may be heard, Murray Kushner ("Kushner") through his attorneys, Stern & Kilcullen, LLC, shall move to quash the subpoena propounded by counsel for defendant Richard Stadtmauer.

1

PLEASE TAKE FURTHER NOTICE that Murray Kushner will rely on the Brief and proposed Order submitted herewith.

Oral argument is requested.

STERN & KILCULLEN, LLC<br>
Attorneys for Murray Kushner<br><br>
By: _____<br>
Jeffrey Speiser

Dated: October 19, 2007

## CERTIFICATION OF SERVICE

I hereby certify that on October 19, 2007, the within Notice of Motion to Quash Subpoena, together with all supporting documents, was filed, via hand-delivery, with the United States District Court and service was made, via regular mail, upon the following:

>Thomas J. Eicher, Esq.
>U.S. Attorney's Office
>970 Broad Street
>Newark, NJ 07102

>Robert S. Fink, Esq.
>Kostelanetz & Fink, LLP
>530 5th Avenue, 22nd Fl.
>New York, NY 10036

>Robert Kipnees, Esq.
>Lowenstein Sandler PC
>65 Livingston Avenue
>Roseland, NJ 07068

>Edward Dauber, Esq.
>Greenberg Dauber Epstein & Tucker, PC
>One Gateway Center
>Newark, NJ 07102

>Justin P. Walder, Esq.
>Walder, Hayden & Brogan, PA
>5 Becker Farm Road
>Roseland, NJ 07068

>Edward J. Plaza, Esq.
>Weir & Plaza, lLC
>321 Broad Street
>Red Bank, NJ 07701

>Richard J. Schaeffer, Esq.
>Dornbush Mensch Mandelstam & Venaglia, LLP
>747 Third Avenue
>New York, NY 10017

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

_____
Jeffrey Speiser, Esq.

## COUNSEL LIST

Thomas J. Eicher, Esq.
U.S. Attorney's Office
970 Broad Street
Newark, NJ 07102

Robert S. Fink, Esq.
Kostelanetz & Fink, LLP
530 5th Avenue, 22nd Fl.
New York, NY 10036

Robert Kipnees, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Edward Dauber, Esq.
Greenberg Dauber Epstein & Tucker, PC
One Gateway Center
Newark, NJ 07102

Justin P. Walder, Esq.
Walder, Hayden & Brogan, PA
5 Becker Farm Road
Roseland, NJ 07068

Edward J. Plaza, Esq.
Weir & Plaza, lLC
321 Broad Street
Red Bank, NJ 07701

Richard J. Schaeffer, Esq.
Dornbush Mensch Mandelstam & Venaglia, LLP
747 Third Avenue
New York, NY 10017