# EXHIBIT A

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **NEW JERSEY**

UNITED STATES OF AMERICA

V.

MARCI PLOTKIN, STANLEY BEKRITSKY, RICHARD STADTMAUER, and ANNE AMICI

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 2:05-cr-05-249

TO:
General Counsel
Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

Chief Counsel
Internal Revenue Service
1111 Constitution Avenue, NW
Washington, D.C. 20224

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| Martin Luther King Building and U.S. Courthouse<br>50 Walnut Street<br>Newark, NJ 07101 | 5D |
| | DATE AND TIME<br>4/7/2007 10:00 am |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See attached Rider.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>WILLIAM T. WALSH | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Robert S. Fink, Esq.
Kostelanetz & Fink, LLP
530 Fifth Avenue, New York, NY 10036 (212) 808-8100

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE 12/6/06 | PLACE By certified mail |
| SERVED ON (PRINT NAME) General Counsel, Dept of Treasury Chief Counsel, IRS | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES ☒ NO   AMOUNT $ | |
| SERVED BY (PRINT NAME) Megan L. Brackney | TITLE Attorney | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   12/6/06
               DATE

*Megan Brackney*
SIGNATURE OF SERVER

530 5th Avenue
ADDRESS OF SERVER

New York, NY 10036

ADDITIONAL INFORMATION

Served by certified mail in accordance with 31 C.F.R. 1.11(d)(1).

RIDER

1. Any and all documents[1] in your possession, custody or control relating to the audits of the following entities for the specified tax years:

    a. CK Fawn Associates, LLC
       EIN 22-05537
       Audit of 2000 tax year

    b. Constantine Village Associates
       EIN 22-2653550
       Audit of 1994 tax year

    c. Constantine Village Associates, LP
       EIN 22-3279640
       Audit of 1997 tax year

    d. 66 W.M.P. Associates, LP
       EIN 22-3359820
       Audit of 1994 tax year

    e. Puck Associates
       EIN 13-3341355
       Audit of 1994 tax year

    f. Puck Associates
       EIN 13-3341355
       Audit of 1995 tax year

2. Any and all documents in your possession, custody or control relating to and underlying the issuance of the proposed regulations under § 263(a) of the Internal Revenue Code (set forth in 71 Fed. Reg. 48590-01), which if promulgated, would replace current Treas. Reg. §§ 1.263(a)-1, 1.263(a)-2, and 1.263(a)-3.

3. Any and all documents in your possession, custody or control regarding or relating to the legal uncertainty of the current capitalization rules, including Internal Revenue Service and Treasury Department communications regarding the rules or regulations on capitalization.

---

[1] For purposes of this Subpoena, the term "documents" includes any written, printed, electronic, recorded or encoded matter of any kind or nature, including all originals, drafts, notes, memoranda and proofs, whether handwritten, typed, printed, recorded, encoded or otherwise created.