# EXHIBIT B

10/26/2007 16:22 FAX  800 236 2092    GUARANTEED SUBPOENA                    ☑003/019

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF          NEW JERSEY

UNITED STATES OF AMERICA

v.

MARCI PLOTKIN, STANLEY BEKRITSKY,
RICHARD STADTMAUER and ANNE AMICI

## SUBPOENA IN A CRIMINAL CASE

Case Number: 05-249(JLL)

TO:  THE COMMISSIONER
     THE INTERNAL REVENUE SERVICE
     1111 CONSTITUTION AVENUE NORTH WEST
     WASHINGTON DC 20224

☑ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| Martin Luther King Jr., Building & Courthouse, 50 Walnut Street, Newark, N.J. 07092 | 5d |
| | DATE AND TIME |
| | 11/23/2007 10:00 am |

☑ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See attached Rider and Schedules A & B.

See attached Order of the Honorable Jose L. Linares, District Court Judge for the District of New Jersey.

Please contact the attorney below.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| WILLIAM WALSH | |
| (BY) Deputy Clerk | 10/24/2007 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
K. ROGER PLAWKER
WALDER, HAYDEN & BROGAN, P.A.
5 BECKER FARM ROAD, ROSELAND, N.J. 07068 (973) 992 5300

NO. 6398   P. 2

OCT. 26, 2007  9:18AM

Assistant Chief Counsel
(Disclosure and Privacy Law)
Internal Revenue Service
Served in the Official Capacity Only
Oct 30 2007   Robin M Tuczak

AO88 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | | |
| SERVED | DATE | PLACE |

SERVED ON (PRINT NAME)

FEES AND MILEAGE TENDERED TO WITNESS

☐ YES ☐ NO AMOUNT $ _____

SERVED BY (PRINT NAME)

TITLE

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

ADDITIONAL INFORMATION

Rule 17(c) Subpoena IRS

## RIDER

1. All Federal tax returns (e.g. Forms 1040, 1041, 1065, 1120S, 1120 including all forms K-1 and related attachments, etc.) for the entities and dates listed in Schedule A.

2. All audit files relating to the entities listed in Schedule A, including copies of information document requests, auditors suggested examination changes, audit work-papers and correspondence, Internal Revenue Service reviews and approvals, documents secured from the taxpayer supporting the respective deductions, copies of checks, paid bills, and vendor statements.

3. All Federal tax returns (e.g. Forms 1040, 1041, 1065, 1120S, 1120 including all forms K-1 and related attachments, etc.) for the period 1986 to the present for entities listed in Schedule B.

4. All audit files for the period 1986 to the present relating to the entities listed in Schedule B, including copies of information document requests, auditors suggested examination changes, audit work-papers and correspondence, Internal Revenue Service reviews and approvals, documents secured from the taxpayer supporting the respective deductions, copies of checks, paid bills, and vendor statements.

Rule 17(c) Subpoena JR9

## SCHEDULE A

1. 8 Quail Ridge Associates, 1986-2004
   Employer Identification Number: 22-2763080

2. 9 Quail Ridge Associates, 1986-2004
   Employer Identification Number: 22-2762807

3. 10 Quail Ridge Associates, 1986-2004
   Employer Identification Number: 22-2762806

4. Oakwood Apartments, LLC (formerly Oakwood Garden Developers) 1986-2004
   Employer Identification Number: 22-2593365

5. Elmwood V. Associates, LP 1986-2004
   Employer Identification Number: 22-3379609

6. Pheasant Hollow Associates 1986-2004
   Employer Identification Number: 22-2785048

7. Q.E.M Associates LLC (formerly Q.E.M. Associates, L.P.) 1986-2004
   Employer Identification Number: 22-3205437

8. Mt. Arlington Apartments Associates, LP 1986-2004
   Employer Identification Number: 22-3350584

9. 709 Craig LLC, 2000-2004
   Employer Identification Number: 22-3714556

10. Arundel Property Investors, LP, 1998-2004
    Employer Identification Number:

11. Atlantic Resources - B Titusville, LLC, 2001-2004
    Employer Identification Number: 22-3724785

12. Atlantic Resources-A Woodcrest, LLC, 2001-2004
    Employer Identification Number: 22-3660116

13. Belleview Apartments Associates, LLC, 1997-2004
    Employer Identification Number: 22-3429963

14. Fairview Bloomfield Associates, c/o Affiliated Management, 1997-2004
    Employer Identification Number: 22-3441237

15. Brookwood Associates, LP, 1998-2004

Rule 17(c) Subpoena IRS

Employer Identification Number: 22-1915171

... , LLC, c/o Affiliated Management, 1997-2004
Employer Identification Number: 22-3362871

17. Towne Mews, LLC, c/o Affiliated Management, 1998-2004
Employer Identification Number: 22-3559033

18. Woods Edge Associates, c/o Affiliated Management, 1998-2004
Employer Identification Number: 22-3358503

19. Chestnut Apartments Associates, LLC, 1997-2004
Employer Identification Number: 22-3429959

20. General Wayne Associates, LLC, c/o Kreigman & Smith, 1998-2004
Employer Identification Number: 22-2349157

21. Gentempo Realty Company, LP, 1997-2004
Employer Identification Number: 22-3188594

22. Hampshire Realty, LP, c/o Kreigman & Smith, 2004
Employer Identification Number: 46-0483485

23. Kale Co, LLC, 2000-2004
Employer Identification Number: 22-1945508

24. Liberty-Bergen Associates, LLC, 2000-2004
Employer Identification Number: 22-3730801

25. MUSEUM COMMONS, LLC, c/o Affiliated Management, 2004
Employer Identification Number: 22-3842877

26. Pasco Park Apartments, f/k/a Washington Dodd Apartments, 1997-2004
Employer Identification Number: 22-2371578

27. Pine Crest Village Associates, LLC, c/o Kreigman & Smith, 1999-2004
Employer Identification Number: 22-2695439

28. River Edge Associates, LLC, c/o Kreigman & Smith, 2000-2004
Employer Identification Number: 22-2125031

29. Sharon Arms Associates, LLC, c/o Kreigman & Smith, 1998-2004
Employer Identification Number: 22-2025681

30. Sunset Ridge, LLC, c/o Zephyr Management, 2001-200..

3

Rule 17(e) Subpoena IRS

Employer Identification Number: 68-0451758

31. Sylvan Avenue Associates, LLC c/o Denholtz, 2001-2004
Employer Identification Number:

32. Thurman Park Hill, LP, Park Hill Apartments, c/o Fifteen Group (aka Thurman Multifamily Portfolio), 1986-1990, 1998-2005
Employer Identification Number: 13-3919068

33. Thurman Rio Grande, LP, Madison Pointe Apartments, c/o Fifteen Group (aka Thurman Multifamily Portfolio), 1986-1990, 1998-2005
Employer Identification Number:

34. Thurman Alabama Apartments, LLC, Consolidated, c/o Fifteen Group (aka Thurman Interim Acquisition, L.P.), 1986-1990, 1998-2005
Employer Identification Number: 13-3919065

35. Thurman Apartments Communities, LP, Consolidated, c/o Fifteen Group (aka Fifteen/CMS Ventures, L.P.), 1986-1990, 1999-2005
Employer Identification Number: 13-3952008

36. Thurman Apartments of Dallas I, LP, Consolidated, c/o Fifteen Group (aka Thurman Multifamily Portfolio), 1986-1990, 1998-2005
Employer Identification Number: 13-3882480

37. Thurman Apartments of Dallas II, LP, Villas at Vickery Apts, c/o Fifteen Group (aka Thurman Multifamily Portfolio), 1986-1990, 1998-2005
Employer Identification Number: 13-3889253

38. Thurman Apartments of Dallas II, LP, Villas at Vickery Apts, c/o Fifteen Group (aka Thurman Multifamily Portfolio), 1986-1990, 1998-2005
Employer Identification Number: 13-3889253

39. Thurman Apartments of Dallas III, LP, Consolidated, c/o Fifteen Group (aka Thurman Properties), 1986-1990, 1998-2005
Employer Identification Number: 13-3889255

40. Thurman Avanti, LLC, Maryland Manor (The Parks @ Maryland), c/o Fifteen Group (aka Thurman Multifamily Portfolio), 1986-1990, 1998-2005
Employer Identification Number: 13-3932128

41. Thurman Bridgeport, LLC, Consolidated, c/o Fifteen Group (aka Fifteen/CMS Ventures, L.P.), 1986-1990, 2001-2005
Employer Identification Number: 13-3919067

42. Thurman Candlewood, LLC, Club Candlewood, c/o Fifteen Group (aka Thurman Interim

Rule 17(e) Subpoena IRS

Acquisition, L.P.), 1986-1990, 1996-2005
Employer Identification Number: 13-3924381

Acquisition, L.P.), 1986-1990, 1998-2005, c/o Fifteen Group (aka Thurman Interim Acquisition, L.P.), 1986-1990, 1998-2005
Employer Identification Number:

44. Thurman Crest, LP, Consolidated, c/o Fifteen Group (aka Thurman Properties), 1986-1990, 1998-2005
Employer Identification Number:

45. Thurman Houston Apartments, LP, Consolidated, c/o Fifteen Group (aka Fifteen/CMS Ventures, L.P.), 1986-1990, 1998-2005
Employer Identification Number: 13-3952006

46. Thurman Apartments Indiana, LLC, The Berkeley Apts, c/o Fifteen Group (aka Thurman Properties), 1986-1990, 1998-2005
Employer Identification Number: 13-3904468

47. Thurman Los Angeles, LLC, Wyvernwood Garden Apts, c/o Fifteen Group (aka Thurman Properties), 1986-1990, 1998-2005
Employer Identification Number: 13-4001386

48. Thurman Midpark, LP, Springhill 1 & 2, c/o Fifteen Group (aka Thurman Properties), 1986-1990, 1998-2005
Employer Identification Number: 13-3931154

49. Thurman Skillman Woods, LP, Consolidated, c/o Fifteen Group (aka Fifteen/CMS Ventures, L.P.), 1986-1990, 1998-2005
Employer Identification Number: 13-3882481

50. Thurman Turtle Creek, LP, Turtle Creek, c/o Fifteen Group (aka Thurman Multifamily Portfolio), 1986-1990, 1998-2005
Employer Identification Number: 13-3916278

51. Thurman Vickery, LP, Consolidated, c/o Fifteen Group (aka Thurman Interim Acquisition, L.P.), 1986-1990, 1998-2005
Employer Identification Number:

52. Thurman Apartments Southeast I, LLC, Woodlawn Park Apartments, c/o Fifteen Group (aka Thurman Multifamily Portfolio), 1986-1990, 1998-2005
Employer Identification Number: 13-3892959

53. WESTOVER ASSOCIATES, c/o Affiliated Management, 1986-1990, 1998-2005
Employer Identification Number: 22-2446486

Rule 17(e) Subpoena IRS

54. Woodbridge Apartments Associates, LLC, 1986-1990, 1998-2005
Employer Identification Number: 22-3429958

55. Wynbrook West Associates, LLC, c/o Kreigman & Smith, 1998-2004
Employer Identification Number: 22-3405951

56. Ashley Avenue Associates, LLC, 2000-2004
Employer Identification Number:

57. BRICK - 83 INVESTORS, LLC, 2000-2004
Employer Identification Number: 22-3333877

58. CRESA PARTNERS/NEW JERSEY LLC, 2001-2004
Employer Identification Number: 22-3795730

59. EDISON -1 NORTH 35C, LLC, 2001-2004
Employer Identification Number: 22-3693071

60. EDISON -1 NORTH 35D, LLC, 2001-2004
Employer Identification Number: 22-3685348

61. EMAX FUND, LP, 2001-2004
Employer Identification Number: 13-3719724

62. ROUTE 37 ASSOCIATES, LLC, 2000-2004
Employer Identification Number: 22-3618913

63. UNION PLAZA ASSOCIATES, 2001-2004
Employer Identification Number:

64. WINNE, BANTA, RIZZI, HETHERINGTON & BAYRALIAN, PC, 2000-2004
Employer Identification Number: 22-3045919

65. MICHAEL RACHLIN & COMPANY, LLC, 1998-2004
Employer Identification Number: 22-3403915

67. OAKWOOD ASSOCIATES, LP 1990 - 1997
Employer Identification Number: 22-2751648

Rule 17(c) Subpoena IRS

**SCHEDULE B**

1. 135 Montgomery Associates LLC
2. 156 School Street LLC
3. Montgomery Developers Associates LP
4. Montgomery Developers Corp
5. 176 Millburn Associates
6. Millburn Associates LP
7. Millburn Developers Corp
8. 715 Park Associates LP
9. 715 Park Associates Corp
10. 520 Broad Street Associates LLC
11. 520 Broad Street Realty Corp
12. 570 West Mount Pleasant Associates LLC
13. 570 West Mount Pleasant Realty Corp
14. 836 Avenue Associates
15. 836 Bloomfield Associates LP
16. 836 Bloomfield Developers Corp
17. Advantage Equipment Services LLC
18. Alton Place Associates LLC
19. Alton Building Corp
20. Arborwood Apartments
21. Asbury Park Associates LLC
22. Asbury Park Building Corp
23. Astor House Associates
24. Barnegat Building Associates LLC
25. Berkeley Arms Associates LLC
26. Berkeley Heights Building Associates LLC
27. Berkeley Heights Realty Corp
28. Berkshire Companies LLC
29. Berkshire Realty Associates Corp
30. BRC Acquisition Corporation
31. Blackacre Newark Feeholder, LLC
32. Bloomingdale Building Associates LLC
33. Bloomingdale Building Associates LLC
34. Brick Building Associates LLC
35. Brick Building Corp
36. BrookCP. LP
37. Carmel Building Associates LLC
38. Carmel Building Corp
39. Charles Associates
40. CK Curling Club Associates ::C
41. CK Curling Club Corp
42. CK Developers LLC

Rule 17(c) Subpoena IRS

43. CK Financial Corp
44. CKMS Properties Inc
45. CKRS Investments LLC
46. CK Developers Corp
47. Cedar Gardens Associates
48. Cedar Towers Associates
49. Chateau Ridge Pine Hill Associates LLC
50. Chelsea Village Apartments LLC
51. Clinton Building Associates LLC
52. Clinton Building Corp
53. Clinton Five Associates LLC
54. Clinton Five Building Corp
55. Clinton Mews Associates LLC
56. Clinton Mew Building Corp
57. Colfax Manor Associates LLC
58. Colfax Manor Corp
59. Colts Neck Building Associates LLC
60. Colts Neck Realty Corp
61. Columbia Corporate Development Associates I LC
62. Columbia Corporate Center Building Corp
63. Columbia Title Agency LLC
64. Columbia Title Corp
65. Colonial Cherry Hill Associates LLC
66. Colonial Pines Lindenwold Associates LLC
67. Country Village Associates
68. Crescent Camden Associates LLC
69. Crawford Building Associates LLC
70. Florham Title Associates LLC
71. Florham Title Corp
72. Columbus Avenue Associates LLC
73. Columbus Realty Corp
74. Constantine Village Associates LLC
75. Constantine V Corp
76. Cranbury Building Associates LLC
77. Cranbury Building Corp
78. Crown Associates LLC
79. Crown Real Estate Inc
80. Curling Club Associates LLC
81. Curling Club Realty Corp
82. Dara Building Associates LLC
83. Dara Building Corp
84. Daytona Investment Properties LP
85. CKMS Investment Corp
86. Delaware Building Associates LLC
87. Delaware Building Corp
88. Delaware/Westminster Associates LLC

Rule 17(c) Subpoena IRS

89.   Danville Building Associates LLC
90.   Danville Building Corp
91.   Dickinson Arms II LP
92.   Dyarr Partners
93.   DJNJ Inc
94.   East Brunswick Corp Center Assoc LLC
95.   East Windsor Regency Associates LLC
96.   Westampton Bentley Road Associates LLC
97.   EBC Developers Corp
98.   East Village Building Associates
99.   East Village Realty Corp
100.  Eatoncrest Building Associates LP
101.  Eatoncrest Realty Corp
102.  Eatoncrest Building Associates
103.  Eatoncrest Building Corp
104.  Edgewater Apartments Associates LP
105.  Edgewater Building Corp
106.  Elmwood V Realty Corp
107.  Fairways Building Corp
108.  Fawn Realty LLC
109.  Fawn Management Associates LLC
110.  Fawn Realty Corp
111.  CK Fawn LLC
112.  Florham Associates
113.  Florham Park Associates LP
114.  Florham Park Developers Corp
115.  Florham Portfolio Associates LLC
116.  Florham Portfolio Corp
117.  Florida Investment LLC
118.  Florida Building Corp
119.  Fox Ridge Dobbs Drive Associates LLC
120.  FP Building Associates II LLC
121.  FP Building II Corp
122.  Franklin Farms Associates LLC
123.  Franklin Farms Realty Corp
124.  Franklin Lakes Building Associates LLC
125.  Franklin Lakes Building Corp
126.  Georgian Arms
127.  General Greene Associates
128.  General Greene Village Associates LP
129.  General Greene Village Corp
130.  Glen Ellen Associates
131.  Glen Ellen Inc
132.  Gloucester Estates Associates LLC
133.  Gloucester Realty Corp
134.  Gramercy Park Camden Associates LLC

NO. 6398  P. 17

OCT. 26. 2007 9:10AM

SL.P   202 622 6302    OFFICE OF CHIEF COUNSEL    11:21  2007-90-NON

Rule 17(c) Subpoena IRS

135. Greentree Village Associates LP
136. Greenville Gardens Barrington Associates LLC
137. Hackettstown Square Associates LLC
138. Hackettstown Square Corp
139. Hamburg Building Associates LLC
140. Hamburg Building Corp
141. Hampton Building Associates LLC
142. Hampton Building Corp
143. Harbor Island Realty Associates
144. Harper Street Associates LLC
145. Hyde Park Property LLC
146. Iroquois Properties LLC
147. Long Branch Harbor Inc
148. Hardyston Building Associates LLC
149. Hardyston Building Corp
150. Headquarters LP
151. Headquarters Corp
152. Hillside Gardens Associates LLC
153. Hoboken Building Associates LLC
154. Hoboken Realty Corp
155. Holiday Associates LLC
156. Holiday Realty Corp
157. Imperial Gardens Associates LLC
158. Inverness Associates LLC
159. Inverness Realty Corp
160. Journal Square Building Associates LLC
161. Journal Square Building Corp
162. Jumping Brook Associates LLC
163. Jumping Brook Inc
164. K & F Clinton Property Associates
165. KM Tel Associates LLC
166. KM Tel Associates Inc
167. Sintel Associates LLC
168. Sintel Inc
169. K & N Building Associates LLC
170. K & N Realty Corp
171. K Canada LLC
172. KT Associates
173. CBK Associates
174. Kent Gardens Associates
175. Kushner Company
176. Kushner Company Inc
177. Madison / 64th Associates LLC
178. Madison / 64th Properties Inc
179. Lakeview Terrace Eatontown Associates LLC
180. Landings Apartments LLC

10

Rule 17(c) Subpoena IRS

181. Lexington House Cherry Hill Associates LLC
182. Lincoln Park Associates LLC
183. Longview Apartments Partnership
184. Lumberton Mt Holly Associates LLC
185. MOA Acquisition LP
186. Nieuw Amsterdam Marlton Associates LLC
187. Leonardine Associates LLC
188. Leonardine Associates Inc
189. Little Egg Associates II LLC
190. Little Egg Building Corp
191. Little Egg Building Corp II
192. Livingston Building Associates
193. Livingston Building Corp
194. Long Branch Tomorrow Associates LLC
195. Long Branch Tomorrow Building Corp
196. Long Brook Associates LLC
197. Long Brook Inc
198. Manalapan Building Associates LP
199. Manalapan Building Corp
200. Marine Gardens Associates LLC
201. Marine G Inc
202. Market Street Apartments LLC
203. Marlton Building Associates LLC
204. Marlton Building Corp
205. Mikvah Inc
206. Monmouth Beach Apartments LLC
207. Monmouth Beach Apartments Inc
208. Montgomery Associates LLC
209. 75 BH Montgomery Development Corp
210. 75 BH Montgomery Associates LP
211. Medical Plaza Associates LLC
212. Mt Arlington Building Corp
213. Mountainside Development Associates LLC
214. Mountainside Building Corp
215. North Caldwell Building Associates LLC
216. Ocean Terrace Apartments LLC
217. Ocean Terrace Inc
218. Oakwood O Corp
219. Orange Building Associates LLC
220. Sherwood Building Associates LLC
221. LMEC Associates
222. CEML Corp
223. PH Developers LP
224. Pheasant H Corp
225. Pinehurst Building Associates LLC
226. Westminster Pinehurst Corp

17

Rule 17(c) Subpoena IRS

227.    Puck Associates
228.    Post and Coach Docktold a

230. New Pack LP
231. SKE Property Management LP
232. SKS Property Corp
233. Pack Carrers
234. QEM Corp
235. Quail Ridge LP
236. Quail R Corp
237. Randalls Associates LP
238. Reike LP
239. Reike Corp
240. QRPH Associates
241. QRPH Realty Corp
242. Randolph Building Associates LLC
243. Randolph Building Corp
244. Brookside Building Associates
245. Brookside Building Corp
246. River Club Associates LLC
247. River Club Realty Corp
248. Riverside Park Associates LLC
249. Riverside Associates Inc
250. RLZ Investment LLC
251. RLZ Realty Corp
252. Rolling Gardens Associates LLC
253. Rolling Gardens Developers Corp
254. Sayreville Building Corp
255. Sayreville Building Associates LLC
256. 7 St. Lukes Place
257. Seagram Cove Apartments LLC
258. Stoneturn Comr Apartments Ltd
259. Strathmore Gardens Aberdeen Associates LLC
260. Sussex House Cherry Hill Associates LLC
261. Seven SLP Associates LP
262. Seven SLP Corp
263. Short Hills Building Associates LLC
264. Short Hills Realty Corp
265. S Brunswick Building Assoc LLC
266. S Brunswick Building Corp
267. Six Atlantic Realty Associates LLC
268. Somerville 15 Waldo Associates LLC
269. Somerville Building Associates LLC
270. Somerville Dunick Associates LLC
271. Somerville Munroe Associates LLC
272. Somerville Summer Associates LLC

12

Rule 17(c) Subpoena IRS

273. South Street Apartments LLC
274. Summit Pointe Associates LLC
275. SSK Property Management LP
276. SSK Property Corp
277. State Tower of Syracuse Associates
278. STB Building Corp
279. State Tower Investors Corp
280. 30 Florham Associates LLC
281. Tanglewood Terrace LLC
282. The Landings at Harborside LLC
283. 30 Vreeland Avenue Associates LLC
284. Two Vreeland Associates
285. Thirty Corp
286. Towne Oaks-South Bound Brook LLC
287. Towne Oaks-South Bound Brook Inc
288. University Village Apartments LLC
289. Vantage Insurance and Financial Services LLC
290. Vantage Insurance & Financial Services Inc
291. Warwick Terrace Somerdale Associates LLC
292. Wallkill Apartments Associates LP
293. Wallkill Construction Inc
294. Washington Twp Mercer Building Associates LLC
295. Washington Twp Mercer Corp
296. Washington Township Morris Building Associates LLC
297. Washington Realty Investment Corp
298. Wayne Building Associates LLC
299. Wayne Building Corp
300. WC Montville Associates LLC
301. Wellington Arms Associates LP
302. West Orange Building Associates
303. West Orange Realty Corp
304. West Windsor Building Associates LLC
305. WW Building Corp
306. Westfield Associates LLC
307. Westfield Building Corp
308. Westgate Building Associates LLC
309. Westgate Building Corp
310. Westminster Alton Associates LLC
311. Westminster Capital Associates LLC
312. Westminster Capital Inc
313. Westminster Commercial LLC
314. Westminster Commercial Corp
315. Westmintech.com LLC
316. Westmintech.com Corp
317. Westminster Communities Mgmnt LP
318. Westminster Communities Mgmnt Corp

Rule 17(c) Subpoena IRS

319. Westminster Construction LLC
320. Westminster Construction Corp
321. Westminster Fairways Associates LLC
322. Westminster / Bellemeade Development Assoc I LLC
323. Westminster ...

324. Westminster Management LP
325. Westminster Management GP Corp
326. Westminster Realty & Sales Associates LLC
327. Westminster Realty & Sales Corp
328. Westminster Realty LLC
329. Westminster Realty Corp
330. Westwood Building Associates
331. Westwood Gardens Thorofare Associates LLC
332. Westwood Building Corp
333. Westminster Development Associates LP
334. Westminster Development Corp
335. Westminster Development Associates II LP
336. Westminster Development Corp II
337. Westminster Sales & Management LP
338. Westminster Sales & Management Corp
339. Westview Associates LLC
340. Williamsburg South Associates LLC
341. WS Development Corp
342. WR Management Properties Cafeteria Plan Inc
343. WR Management Properties LP
344. WR Management Properties Inc
345. Woodcrest Associates LP
346. Woodcrest Associates LP
347. Esplanade Long Branch
348. C&S Kushner Foundation

14

Case 2:05-cr-00249-JLL    Document 118    Filed 10/23/2007    Page 1 of 1

NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Criminal No.: 05-249 (JLL) |
| MARCI FLOTKIN; STANLEY BEKRITSKY; RICHARD STADTMAUER & ANNE AMICI, | ORDER |
| Defendants. | |

LINARES, District Judge.

Currently before the Court is Defendant Marci Flotkin's ("Defendant" or "Flotkin") request to issue six party subpoenas. The Court having considered this matter,

IT IS this _22_ day of October, 2007,

ORDERED that Defendant's motion for issuance of Federal Rule of Criminal Procedure 17(c) subpoenas is GRANTED; and it is further

ORDERED that these subpoenas shall be returnable thirty (30) days from the date of service by Defendant.

Jose L. Linares
United States District Judge