UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

**ARSENEAULT, WHIPPLE,
FASSETT & AZZARELLO, LLP**
John A. Azzarello, Esq. (JA 4363)
560 Main Street
Chatham, New Jersey 07928
Telephone: 973-635-3366
Facsimile: 973-635-0855
**Attorneys for Defendant Richard Stadtmauer**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Crim. No. 05-249 (JLL) |
| RICHARD STADTMAUER | : **NOTICE OF APPEARANCE** |
| Defendant. | : |

**To the Clerk of this Court and all parties of record:**

    Kindly enter my appearance as counsel in this case for Defendant Richard Stadtmauer.

I certify that I am admitted to practice in this Court.

                    ARSENEAULT, WHIPPLE,
                    FASSETT & AZZARELLO, LLP

              By:    s/John A. Azzarello
                        John A. Azzarello

Dated:  January 25, 2013